Samuel B. Amory et al., Respondents, v. Peter B. Amory, Appellant.

The Same, Respondents, v. The Same, Appellant.

(Argued October 9, 1874; decided November 10, 1874.)

*W. T. Birdsall* for the appellant.

*Henry E. Knox* for the respondents.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.

---

John W. Murray, Respondent, v. John H. Clark et al., Appellants.

(Submitted October 9, 1874; decided November 10, 1874.)

*John E. Parsons* for the appellants.

*George Wm. Blunt* for the respondent.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.